IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00894-GPG

KENNETH HOUCK,

    Plaintiff,

v.

DEBORAH DENHAM,
DR. THOMAS KRAUS,
DR. EVA MALANOWSKI,
KRISTEN KRUEGER (formerly Long),

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn pursuant to D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when applicable to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED October 19, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher

United States Magistrate Judge